# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Mercedes Alexander,
 Case No. 24-CV-83 (JMB/DJF)

      Plaintiff,

v.
 **ORDER OF DISMISSAL**

Trans Union, LLC; Equifax Information
Services, LLC; Hunter Warfield Inc.,
Halverson and Blaiser Group, Ltd.,

      Defendants.

---

This matter is before the Court on Plaintiff Mercedes Alexander's and Defendant Hunter Warfield Inc.'s Stipulation for Dismissal (Doc. No. 33); Plaintiff Mercedes Alexander's and Defendant Equifax Information Services LLC's Stipulation for Dismissal (Doc. No. 39); and Plaintiff Mercedes Alexander's and Trans Union LLC's Stipulation for Dismissal (Doc. No. 41). Plaintiff wishes to dismiss all of her claims against Hunter Warfield Inc., Equifax Information Services LLC, and Trans Union LLC in the Complaint (Doc. No. 1-1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Parties have signed Stipulations of Dismissal accordingly.

Therefore, IT IS HEREBY ORDERED that all claims in the Complaint against Hunter Warfield Inc., Equifax Information Services LLC, and Trans Union are DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Dated: April 25, 2024
 /s/ Jeffrey M. Bryan
 Judge Jeffrey M. Bryan
 United States District Court